UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

July 22, 2016

David J. Bradley, Clerk

| | | |
|---|---|---|
| CHARLES RICKY CHOYCE, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION H-16-0241 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## Order of Adoption

On June 17, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (25). Petitioner filed objections (26). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Choyce's petition for writ of habeas corpus is denied with prejudice.

Signed _____, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge